| | |
|---|---|
| **From:** | kayla@pdca.law |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | Kira Gagarin |
| **Subject:** | mtm-2:26-cv-00038-JAW-New case: Petition for Writ of Habeas Corpus & Motion for TRO - Manuel Vuenga v. Stamper et al. |
| **Date:** | Thursday, January 22, 2026 11:51:01 AM |
| **Attachments:** | Cover sheet.pdf |
| | Habeas petition.pdf |
| | TRO.pdf |
| | Notice of Appearance.pdf |

**CAUTION - EXTERNAL:**

Good morning,

Attached to this email please find initiating documents for a Petition for Writ of Habeas Corpus and an Emergency Motion for TRO:

Provided here are four (4) documents, including:

    (a) a Civil Cover sheet;

    (b) a Petition for Writ of Habeas Corpus (expedited consideration requested);

    (c) a Motion for TRO (expedited consideration requested); and

    (d) Attorney Alves' Notice of Appearance.

A substantial part of the events or omissions giving rise to the claim occurred in Cumberland County.

The immigration attorney is:

Kira Gagarin, Esq.
Gagarin Law
150 Speen Street Suite #201, Framingham MA 01701
Office: (508) 820 2512
Cell: (508) 455 - 4241
kira@gagarinlaw.com


She intends to pay the $5.00 filing fee telephonically, by credit card.

For purposes of referencing the case, our client uses "Vuenga" as his last name.

Sincerely,

Thank you,

**Kayla Alves, Esq.**
Paul D. Corey & Associates, P.A.
PO Box 3022
Lewiston, Maine 04212
kayla@pdca.law
Office: 207.466.4334 // M-F from 8-5 only
Cell: 207.749.8827

This e-mail message (including attachments) is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error, or are not the named recipient(s), please delete it without distributing or copying and immediately notify the sender at 207.466.4334 or by return e-mail.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.